# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| JAMES STEPHEN CARDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:21-cv-00074 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| BILLY LAMB, et al., ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 21) recommending the Court grant Defendants' Motion for Summary Judgment (Doc. No. 16). Plaintiff did not respond to Defendants' Motion and has not filed any objections to Report and Recommendation.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 21 at 8). As stated above, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED**. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 16) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE